**Electronically Filed
Supreme Court
SCWC-11-0000008
11-FEB-2013
01:17 PM**

SCWC-11-0000008

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ARTHUR HOKE, IV, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000008; CASE NO. 3DTC-09-14373)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on December 28, 2012, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 11, 2013.

Gary C. Zamber                    /s/ Mark E. Recktenwald
for petitioner

                                  /s/ Paula A. Nakayama

                                  /s/ Simeon R. Acoba, Jr.

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

